FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

01 JAN 23 AM 10: 37

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 8:01 CV160-T-26 |
| v. ) | EAJ |
| ) | |
| Gregory W. Minadeo, ) | |
| ) | |
| Defendant. ) | |

COMPLAINT

The United States of America, plaintiff, by and through the undersigned Assistant United States Attorney for the Middle District of Florida, hereby files this complaint and alleges:

1. This is a civil action brought by the United States of America, plaintiff, for the recovery of money owed to plaintiff, and this Court has jurisdiction by virtue of 28 U.S.C. § 1345.

2. The defendant, Gregory W. Minadeo, can be found at 19727 Gulf Blvd. Unit 201, Indian Shores, FL 33785 and this Court is the proper venue of this action by virtue of 28 U.S.C. § 1391.

3. Defendant owes plaintiff the total amount of $5,552.15, plus interest on this principal computed at the rate of 8 percent per annum as detailed in the Certificate of Indebtedness attached hereto and incorporated herein by reference.

**WHEREFORE,** plaintiff respectfully requests judgment against the defendant in the following amounts:

  a. For the principal amount of $4,870.55, together with accrued interest in the amount of $681.59 as of April 26, 2000 and interest on the principal sum accruing thereafter at the rate of 8 percent per annum to the date of judgment.

  b. For interest from the date of judgment at the legal rate until paid in full;

  c. For such other costs of litigation otherwise allowed by law, and

  d. For such other and further relief as justice requires.

            Respectfully submitted,

            DONNA A. BUCELLA
            United States Attorney

            By: _____
              ADELAIDE G. FEW
            Assistant U.S. Attorney
            Florida Bar No. 558478
            Angelique Perez/FLU
            400 N. Tampa Street, Suite 3200
            Tampa, Florida 33602
            (813) 274-6038
            (813) 274-6247

## U.S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

Name: GREGORY W MINADEO
AKA:

Address: 19727 GULF BLVD UNIT 201

INDIAN SHORES, FL 33785
SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 04/26/00.

On or about 8/20/85, 8/23/86, the borrower executed promissory note(s) to secure loan(s) of $2,287.00, $2,500.00 from AMERITRUST COMPANY, N.A., CLEVELAND, OH. at 8.00% interest per annum. This loan obligation was guaranteed by OHIO STUDENT AID COMMISSION and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 6/20/92, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $5,025.17 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 8/21/96, assigned its rights and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $969.65 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower owes the United States the following:

| | |
|---|---|
| Principal: | $ 4,870.55 |
| Interest: | $ 681.59 |
| Administrative/Collection Costs: | $ 0.01 |
| Late fees: | $ 0.00 |
| Total Debt as of 04/26/00 : | $ 5,552.15 |

Interest accrues on the principal shown here at the rate of $1.07 per day.

Pursuant to 28 USC §1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 5/8/00        Name: Joan Dyer
**Joan Dyer**              Title: Loan Analyst
**Loan Analyst**           Branch: Litigation